Malgorzata A. Kulczycka (CA Bar No. 251112)
mkulczycka@pattersonsheridan.com
50 W. San Fernando Street, Suite 250
San Jose, CA 95113
Tel: 650-384-4418
Fax: 650-330-2314

B. Todd Patterson (*pro hac vice forthcoming*)
tpatterson@pattersonsheridan.com
Kyrie K. Cameron (*pro hac vice forthcoming*)
kcameron@pattersonsheridan.com
24 Greenway Plaza, Suite 1600
Houston, Texas 77030
Tel: 713-623-4844
Fax: 713-623-4846

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MY GAMEROOM, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HASBRO, INC., ET. AL.<br><br>Defendant. | Case No.: 2:25-cv-07392-MCS-MBK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF COMPLAINT BY NO MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: August 28, 2025<br>Current response date: September 18, 2025<br>New response date: October 18, 2025 |

To the Clerk of this Court and all parties of record:

Plaintiff My Gameroom, LLC ("MGR") and Defendant TGR AD LLC ("TGR AD"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, on August 8, 2025, MGR filed its Complaint in this action against TGR AD and other defendants (ECF 1).

WHEREAS, TGR AD was served on August 28, 2025 (ECF 25).

WHEREAS, Kilburn Media's current deadline to answer, move, or otherwise respond to the Complaint is September 18, 2025.

WHEREAS, the parties agree that additional time is appropriate to allow TGR AD to retain counsel, investigate the allegations and prepare its response.

THEREFORE, pursuant to Local Rule 8-3, the Parties stipulate that the new deadline for Defendant TGR AD LLC to answer, move, or otherwise respond to the Complaint shall be extended to October 18, 2025.

IT IS SO STIPULATED.

Dated: September 17, 2025

Respectfully submitted,

PATTERSON + SHERIDAN, LLP

*/s/ Malgorzata A. Kulczycka*
Malgorzata A. Kulczycka (CA Bar No. 251112)
B. Todd Patterson (*pro hac vice forthcoming*)
Kyrie K. Cameron (*pro hac vice forthcoming*)

*Attorneys for Defendants*

Dated: September 17, 2025

Respectfully submitted,

BERSTEIN LAW, PC

*/s/ J.R. Dimuzio*
David A. Berstein
J.R. Dimuzio

*Attorneys for Plaintiff*
*My Gameroom, LLC*

**ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Malgorzata A. Kulczycka, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

*/s Malgorzata A. Kulczycka*
Malgorzata A. Kulczycka

**CERTIFICATE OF SERVICE**

I hereby certify that on this September 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the electronic case filing ("ECF") system of the court. The attorneys of record who have consented in writing to accept notice as service of this document by electronic means are being served by a "Notice of Electronic Filing," sent by the ECF system.

*/s Malgorzata A. Kulczycka*
Malgorzata A. Kulczycka