**DENIED**

BY ORDER OF THE COURT

Dated:  11/20/2025

*Mark C. Scarsi*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MY GAMEROOM, LLC, a Delaware limited liability company, | Case No. 2:25-cv-07392-MCS-MBK |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE** |
| vs. | |
| HASBRO, INC., a Rhode Island corporation; KILBURN MEDIA, LLC, a California limited liability company; KILBURN LIVE, LLC, a Delaware limited liability company, KH FEC, LLC, a Delaware limited liability company, TGR AD, LLC, a Delaware limited liability company; THE GAME ROOM FEC, LLC, a Delaware limited liability company; and DOES 1 through 10, | Assigned to the Hon. Mark C. Scarsi<br><br>Action Filed:  August 8, 2025 |
| Defendants. | |

### [PROPOSED] ORDER

The Court, having received and considered the Stipulation of plaintiff My Gameroom, LLC and defendants Kilburn Media LLC and Hasbro, Inc., and for good cause shown,

**HEREBY ORDERS** that the Scheduling Conference currently set for December 8, 2025 at 10:00 a.m. be continued to February 9, 2026 at 10:00 a.m.

**IT IS SO ORDERED.**

## DENIED
BY ORDER OF THE COURT

Dated: _____

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT COURT JUDGE

2