**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

My Gameroom, LLC,

Plaintiff,

v.

Hasbro, Inc.; Kilburn Media LLC; Kilburn Live, LLC; KH FEC, LLC; TGR AD, LLC; The Game Room FEC, LLC; and Does 1 through 10,

Defendants.

Case No. 2:25-cv-07392-MCS-MBK

**PARTIAL JUDGMENT**

Pursuant to the Court's Order Re: Motion for Summary Judgment and Order Re: Joint Status Report, it is ordered, adjudged, and decreed that partial judgment is entered against Plaintiff My Gameroom, LLC, and in favor of Defendants Hasbro, Inc., and Kilburn Media LLC. Plaintiff shall take nothing from this action as it pertains to Hasbro, Inc., and Kilburn Media LLC. No other claims or parties are subject to this partial judgment.

**IT IS SO ORDERED.**

Dated: November 23, 2026

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE